

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00841-CV

**IN RE** Simon David **BOWLES**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Lori Massey Brissette, Justice
              Velia J. Meza, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY STAY DENIED AS MOOT

Relator filed his petition for writ of mandamus and emergency motion for temporary stay on December 30, 2025. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-11389, styled *In the Matter of the Marriage of S.D.B. and L.G.B.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez Hortick presiding.